NINTH AVENUE & 55TH STREET CORPORATION, Appellant, v. THOMAS MEEKS and THE CENTRAL HANOVER BANK & TRUST COMPANY, Executors, etc., of LEE KAMIONER, Deceased, Respondents. SCOTT INVESTING COMPANY, INC., Appellant, v. THOMAS MEEKS and Another, Respondents. 733 EIGHTH AVENUE CORPORATION, Appellant, v. THOMAS MEEKS and Another, Respondents.— Orders affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HUGO KASTOR, Respondent, v. MORTON H. FRY and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CITY CHEMICAL COMPANY, Respondent, v. GENERAL CHEMICAL COMPANY, Appellant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted in toto. No opinion. Verified bill of particulars to be served within three days from service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD H. GUBER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ELLA MAY CHAVES, as Executrix, etc., of JOSE E. CHAVES, Deceased.— Decree affirmed, with costs to the respondent Ella May Chaves, as executrix, etc., payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ. [See 143 Misc. 868.]

SAMUEL COHEN, Respondent, v. THE PACIFIC STEAM NAVIGATION COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROMAN WILKOSKI, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

SAMUEL R. CORBITT, Appellant, v. TRANSPORTATION SHARES, INC., and WILLARD H. COBB, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

EVA OUILLETTA and THOMAS D. OUILLETTA, Respondents, v. IDA SHAPIRO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS STODDARD, JR., as Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY. In the Matter of Claim of THE EQUITABLE TRUST COMPANY OF NEW YORK, Appellant.— Final decree affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of OSCAR W. RICHARDS, Respondent, v. ARTHUR E. LEIGHTON, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.